AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.
JOSE ANTONIO MARTINEZ SANCHEZ

Case No. 6:25mj 42

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JOSE ANTONIO MARTINEZ SANCHEZ                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry to the United States by alien who was previously removed from the United States in violation of Title 8, United States Code, Section(s) 1326(a).

Date: July 7, 2025

*Issuing officer's signature*

City and state:    Greenville, SC

KEVIN F. McDONALD, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7-7-25, and the person was arrested on *(date)* 7-3-25
at *(city and state)* Greenville, SC.

Date: 7-7-25

*Arresting officer's signature*

Jared Tilley, Enforcement and Removal, ICE
*Printed name and title*